IN THE SUPREME COURT OF TEXAS

 No. 03-0691

 IN RE ARLINGTON INDEPENDENT SCHOOL DISTRICT AND RYNTHIA CLEMENTS

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's unopposed supplemental motion for temporary relief,
filed April 9, 2004, is granted. The trial court's order dated March 30,
2004, in Cause No. 352-185093-00, styled Matthew T. Hinterlong v. Rynthia
R. Clements, Et Al., in the 352nd District Court of Tarrant County, Texas,
and the court of appeals opinion and judgment in Cause No. 02-02-00016-CV,
styled In re Matthew T. Hinterlong, in the Second Court of Appeals are
stayed pending further order of this Court.
 2. The motion for rehearing in the above petition for writ of
mandamus remains pending before this Court.

 Done at the City of Austin, this April 15, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk